1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE LUIS VILLEGAS-CAVADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0299 MCE |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) ) | |
| JOSE LUIS VILLEGAS-CAVADA, ) ) | Date: September 27, 2005 Time: 8:30 a.m. |
| Defendant. ) ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, Linda Harter, attorney for defendant, JOSE LUIS VILLEGAS-CAVADA, as follows:

It is agreed that the current Trial Confirming Hearing date of September 13, 2005 and the Jury Trial date of September 28, 2005 be vacated and a status conference date of September 27, 2005 at 8:30 a.m. be set.  The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

///

///

    Defense counsel needs additional time for further investigation in this case.

Dated: September 8, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Linda Harter
                                        _____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE LUIS VILLEGAS-CAVADA


                                        MCGREGOR W. SCOTT
                                        United States Attorney


Dated: September 8, 2005
                                        /s/ Michael Beckwith
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


                                  **ORDER**

**IT IS SO ORDERED.**

Dated: September 14, 2005

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE