QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS VILLEGAS-CAVADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0299 MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | ) | |
| | ) | |
| JOSE LUIS VILLEGAS-CAVADA, | ) | Date: October 25, 2005 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Michael Beckwith,
Assistant United States Attorney, attorney for Plaintiff, Linda Harter,
attorney for defendant, JOSE LUIS VILLEGAS-CAVADA, as follows:

It is agreed that the Status Conference date of October 11, 2005
be vacated and a status conference date of October 25, 2005 at 8:30
a.m. be set.  The time is excluded pursuant to U.S.C. §3161(h)(8)(A)
and Local Code T4.

///

///

///

1    Defense counsel needs additional time for further investigation in

2  this case.

3  Dated: October 11, 2005

4                                    Respectfully submitted,

5                                    QUIN DENVIR
                                     Federal Defender
6

7                                     /s/ Linda Harter

8                                    _____
                                     LINDA HARTER
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                    JOSE LUIS VILLEGAS-CAVADA

11                                    MCGREGOR W. SCOTT
                                     United States Attorney
12

13  Dated: October 11, 2005

14                                     /s/ Michael Beckwith

15                                    _____
                                     MICHAEL BECKWITH
16                                    Assistant U.S. Attorney

17                                    **ORDER**

18  **IT IS SO ORDERED.**

19  Dated: October 12, 2005

20

21

22                                    _____
                                     MORRISON C. ENGLAND, JR
23                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2