QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS VILLEGAS-CAVADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0299 MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| JOSE LUIS VILLEGAS-CAVADA, | ) | Date: November 8, 2005 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, Linda Harter, attorney for defendant, JOSE LUIS VILLEGAS-CAVADA, as follows:

It is agreed that the Status Conference date of November 1, 2005 be vacated and a status conference date of November 8, 2005 at 8:30 a.m. be set.  The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

///

///

///

Defense counsel does not have the final plea agreement in this case. Once it is received, defense counsel will need to go over the agreement with the defendant.

Dated: October 31, 2005

                                             Respectfully submitted,

                                             QUIN DENVIR
                                             Federal Defender

                                             /s/ Linda Harter
                                             _____
                                             LINDA HARTER
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JOSE LUIS VILLEGAS-CAVADA

                                             MCGREGOR W. SCOTT
                                             United States Attorney

Dated: October 31, 2005

                                             /s/ Michael Beckwith
                                             _____
                                             MICHAEL BECKWITH
                                             Assistant U.S. Attorney

                                                 **ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2005

                                             _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE